**Juan MONJARAZ–MUNOZ, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**No. 02–70227.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 7, 2003.

Filed April 28, 2003.

Amended Aug. 8, 2003.

Karla L. Kraus, Law Offices of Karla L. Kraus, San Diego, CA, for the petitioner.

Jennifer A. Parker and Cindy S. Ferrier, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for the respondent.

Before HALL, THOMPSON and BERZON, Circuit Judges.

## ORDER

The opinion filed on April 28, 2003, and found at 327 F.3d 892, is hereby amended. The last paragraph, on page 398, is deleted and replaced with the following text:

The petition for review is **GRANTED.** We **REMAND** for further proceedings consistent with this opinion.

With this amendment, Respondent's petition for rehearing is DENIED.